The Honorable John H. Chun

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>v.<br><br>PRANIT PAWAR,<br>Defendant. | NO. CR26-130 JHC<br><br>ORDER EXTENDING PRETRIAL MOTIONS DEADLINE |

THE COURT, having reviewed the parties' stipulated motion and the records and files in this case, hereby GRANTS the motion and ORDERS that the pretrial motions deadline is extended from August 13, 2026, to August 20, 2026.

//

//

//



UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

IT IS SO ORDERED.

DATED this 14th day of August, 2026.

JOHN H. CHUN
UNITED STATES DISTRICT JUDGE

Presented by:

*s/ Charlotte Storey*
CHARLOTTE STOREY
Special Assistant United States Attorney

*s/ Gregory Murphy (agreed via email)*
GREGORY MURPHY
Attorney for Defendant Pranit Pawar



UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970